IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANGELA E. DAIN,                                   No. CV. 10-6104-ST

              Plaintiff,                     ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

Kathryn Tassinari
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette
Suite 200
Eugene, OR 97401

Mark A. Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Suite 200
Eugene, OR 97401

        Attorneys for Plaintiff

1 - ORDER

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

Franco L. Becia
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075

       Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge Janice M. Stewart issued a Findings and Recommendation (doc. #15) on May 23, 2011, in which she recommends that the Commissioner's final decision be reversed and remanded pursuant to Sentence Four of 42 U.S.C . § 405(g) for the immediate calculation and award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

2 - ORDER

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (doc. #15). Accordingly, the Commissioner's final decision is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this   21st   day of June, 2011.

 /s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER